UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PARADISE MORGAN, *Individually and as the*                 :
*representative of a class of similarly situated*          :
*persons*,                                                 :
                                                           :   24-CV-2035 (VSB)
                                          Plaintiff,       :
                                                           :   **ORDER**
                    -against-                              :
                                                           :
VOSA SPIRITS, LLC,                                         :
                                                           :
                                          Defendant.       :
                                                           :
----------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on March 19, 2024.  (Doc. 1.)  On June 11, 2024, I granted Defendant's request to extend to June 24, 2024 the deadline for it to respond to the complaint. (Doc. 9.)  To date, Defendant has not responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 1, 2024.  If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 26, 2024
            New York, New York

                                                        VERNON S. BRODERICK
                                                        United States District Judge